# IN THE SUPREME COURT OF THE STATE OF NEVADA

SOUTHERN NEVADA REGIONAL
HOUSING AUTHORITY; AND CHAD
WILLIAMS, IN HIS CAPACITY AS
EXECUTIVE DIRECTOR OF THE
SOUTHERN NEVADA REGIONAL
HOUSING AUTHORITY,

                Appellants,

vs.

FALISHIA WALKER,

                Respondent.

No. 79033

**FILED**

JUN 08 2020

ELIZABETH A. BROWN
CLERK OF SUPREME COURT
BY S. Young
DEPUTY CLERK

## ORDER DISMISSING APPEAL

Appellants' motion for a voluntary dismissal of this appeal is granted. This appeal is dismissed. NRAP 42(b).

CLERK OF THE SUPREME COURT
ELIZABETH A. BROWN

BY: _____

cc:    Hon. Joseph T. Bonaventure, District Judge
       Michael H. Singer, Settlement Judge
       Parker, Nelson & Associates
       Falishia Walker
       Eighth District Court Clerk

SUPREME COURT
OF
NEVADA

CLERK'S ORDER

(O)-1947

20-21346